# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PRASAD DNYANOBA REWANWAR,**
        Petitioner,

v.                                                                   Case No. 12-CV-00354

**WAUKESHA COUNTY CIRCUIT COURT,**
et al.,
        Respondent.

## ORDER

On April 16, 2012, Prasad Rewanwar filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner accuses the Waukesha County Circuit Court of illegally denying him the right to have contact with his children. Pursuant to Rule 4 of the Rules Governing § 2254 Cases, I must give the case prompt initial consideration.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner. If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

Rule 4, Rules Governing § 2254 Cases. Under § 2254, I have the authority to consider an application for a writ of habeas corpus "on behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitutional or laws or treaties of the United States." Since petitioner is not "in custody pursuant to the judgment of a State court," he is not entitled to a writ of habeas corpus under § 2254.

**THEREFORE, IT IS ORDERED** that this petition is **SUMMARILY DISMISSED** pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated at Milwaukee, Wisconsin, this 5th day of May 2012.

<pre>
                            s/ Lynn Adelman   
                            LYNN ADELMAN
                            District Judge
</pre>